## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 09, 2015

Charles R. Diard Jr.
U.S. District Court
113 SAINT JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 15-11896-B
Case Style: USA v. Adrianne Miller
District Court Docket No: 1:14-cr-00054-CG-N-4

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-11896-B
_____

UNITED STATES OF AMERICA,

                                                Plaintiff - Appellee,

versus

ADRIANNE DAVIS MILLER,

                                                Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Adrianne Davis Miller failed to file a Transcript Order Form within the time fixed by the rules, effective June 09, 2015.

DOUGLAS J. MINCHER
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Melanie Gaddis, B, Deputy Clerk

FOR THE COURT - BY DIRECTION