15-11896-B

United States Court of Appeals
for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

June 17, 2015

RE: USA v. ADRIANNE MILLER
　　DOCKET NO:　- DISTRICT COURT 1:14-cr-00054-CG-N-4
　　REPRESENTED BY COUNSEL INQUIRY

Dear Clerk of Court/Ms. Melanie Gaddis, B.,

Per your letter dated June 9, 2015; you advised that my Motion for an Extension of Time could not be honored due to the fact that I am currently represented by Counsel.

I was not aware that I am currently represented by counsel on my direct appeal. The appellant/defendant's fee was paid by appellant and appellant was advised by previous counsel that she would not be represented by counsel in this process.

I am forwarding a copy of this letter to Mr. Domingo Soto of 465 Dauphin Street, Mobile, AL 36602 and Mr. James Pittman of 2102 US Highway 98, Daphne, Al 36526 in an effort to establish whether either of them have filed a Notice of Appeal as counsel on my behalf. If this is the case, I will be asking them to file a Notice to Withdraw as counsel, in an effort to proceed pro se.

It is my request, if there is any other name showing up on my Appeal profile as counsel for defendant, please forward this information to the defendant.

Respectfully Submitted,

_Andrianne Davis Miller_
Andrianne Davis Miller, defendant, pro se

cc:　Domingo Soto
　　　James Pittman

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 09, 2015

Adrianne Davis Miller
FCI Aliceville - Inmate Legal Mail
PO BOX 4000
ALICEVILLE, AL 35442

Appeal Number: 15-11896-B
Case Style: USA v. Adrianne Miller
District Court Docket No: 1:14-cr-00054-CG-N-4

I am returning to you unfiled the pro se papers which you have submitted. Because you are represented by counsel, the rules of this court do not allow us to accept these papers from you. (See 11th Cir. R. 25-1 and 11th Cir. R. 28-4). We suggest that you communicate with your attorney concerning issues or arguments which you believe should be presented to the court.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

PRO-3 Letter Returning Papers Unfiled

○15437-002○
Domingo Soto
465 Dauphin ST
Mobile, AL 36602
United States

Case: 15-11896    Date Filed: 06/26/2015    Page: 3 of 5

Mobile, AL 36602

June 17, 2015

RE: Adrianne Davis Miller
    Notice to Withdraw as Counsel
    CASE NO: 1:14-cr-00054-CG-N-4

Dear Mr. Soto,

Please see attached letter that I have mailed to the 11th Circuit appeals court.

If you have, and if you are appearing as counsel on my appeal please submit a notice to withdraw so that I may proceed pro se.

Thank you in advance for your prompt attention in this matter.

Best Regards,

*[signature]*
Adrianne D. Miller
FCI-Aliceville
PO Box 4000
Aliceville, AL 35442

2102 US Highway 98
Daphne, AL 36526

June 17, 2015

RE:  Adrianne Davis Miller
     Notice to Withdraw as Counsel
     Case No: 1:14-cr-00054-CG-N-4

Dear Mr. Pittman,

Please see attached letter that I have mailed to the 11th Circuit appeals court.

If you have, and if you are appearing as counsel on my appeal please submit a notice to withdraw so that I may proceed pro se.

Thank you in advance for your prompt attention in this matter.

Best Regards,

*Adrianne D. Miller* (signature)
Adrianne D. Miller
FCI-Aliceville
PO Box 4000
Aliceville, AL 35442

Adrianne Miller
Federal Correctional Institution
Reg # 15437-002
P.O. Box 4000
Aliceville, AL 35442

15437-002
Appeals Circuit
56 Forsyth ST NW
Atlanta, GA 30303
United States